U.S.C. § 7292(d); *Livingston v. Derwinski*, 959 F.2d 224, 225–26 (Fed.Cir.1992).

Accordingly,

IT IS ORDERED THAT:

(1) The Secretary's motion to waive the requirements of Fed. Cir. R. 27(f) is granted.

(2) The Secretary's motion to dismiss is granted.

(3) Each side shall bear its own costs.

**Brian L. JOHNSON, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 01–5093.

United States Court of Appeals, Federal Circuit.

Oct. 1, 2001.

ON MOTION

ORDER

Upon consideration of Brian L. Johnson's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

**902**

(1) Johnson's motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.